Ríos v. Calvo.

Appeal from the District Court of San Juan.

No. 460.—Decided February 25, 1910.

Divorce—Alimony—Long Separation of Husband and Wife.—In this case the appellant asked for alimony, which was denied by the court below because of the fact that the spouses had been separated for more than 16 years. The record on appeal consists of a copy of the motion asking for alimony and a statement of the facts not approved by the judge. The court, in view of the incomplete condition of the transcript, affirmed the decision appealed from, but rejected the grounds on which it was based.

Id.—Prescription.—There is no legal provision whatever providing for the prescription of an action for provisional maintenance.

Id.—Action for Provisional Maintenance.—A wife is entitled to bring this action from the moment that an action for divorce is commenced, and the only question to be disposed of is whether or not provisional maintenance shall be allowed in view of her necessities and the property of her husband.

The facts are stated in the opinion.

Messrs. *Luis Freyre Barbosa & Ramón Pesquera* for appellant.

The respondent did not appear.

Mr. Justice Figueras delivered the opinion of the court.

It appears that while an action for divorce was pending between Felícita Ríos and Andrés Calvo, the former filed a motion to compel the latter to make her an allowance for maintenance payable monthly in advance, in proportion to his means, the petitioner basing her petition on the provisions of section 168 of the revised Civil Code.

The following order was made on this motion:

"The separation has lasted 16 years, according to the complaint, and 23, according to the answer. Throughout this period the provisions of the former and present Civil Code have been in force relating to allowance for maintenance. The motion for allowance of maintenance is denied."

The petitioner appealed from this order to the Supreme Court.

The transcript of the record contains a so-called statement of facts which is neither approved nor signed by the judge. It contains nothing but a copy of the motion applying for maintenance, but no other proceeding with relation thereto.

We do not agree with the judge as to the ground on which he bases his decision, because during all these years the wife may not have wanted to bring an action for divorce, which is now a reason for the maintenance, and perhaps the petitioner throughout this period may not have needed the maintenance, or perhaps the husband may have been insolvent up to that time.

Whatever may be the reason we know of no provision whatsoever which determines the prescription of an action to claim this kind of provisional maintenance by reason of the time which has elapsed.

This right accrues to the wife the moment she brings an action for divorce, and in granting or refusing provisional maintenance her necessities and the means of the husband alone are to be considered.

The appellant alleges that the statement of facts had not been approved by the judge because it had been mislaid in the district court.

Under the circumstances, and although, as we have said, we do not agree with the decision appealed from, it might be supported by other grounds with which we are not acquainted because of the deficiencies of this record.

For this reason the decision should be affirmed with the

costs against the appellant who perhaps may still be able to establish another claim of a similar character.

*Affirmed.*

Mr. Chief Justice Hernández and Justices MacLeary, Wolf and del Toro concurred.